Argued December 1, affirmed December 1, petition for rehearing denied December 27, 1972, petition for review denied February 21, 1973

STATE OF OREGON, *Respondent, v.* HENRY HALE (No. C-72-03-0884 Cr), *Appellant.*

502 P2d 1390

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before Schwab, Chief Judge, and Foley and Fort, Judges.

Affirmed from the bench.